# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 19, 2012

No. 10-50525
Summary Calendar

Lyle W. Cayce
Clerk

JESUS ALONSO JAQUEZ-MUNOZ,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; BUREAU OF PRISONS; WARDEN, RCDC III; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondents-Appellees

Appeal from the United States District Court
for the Western  District of Texas
USDC No. 4:10-CV-41

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Petitioner-Appellant Jesus Alonso Jaquez-Munoz, formerly federal prisoner # 47025-051, filed a 28 U.S.C. § 2241 petition asserting that he was being denied access to various benefits and programs available to other federal prisoners.  He requested a one-year reduction in his sentence for completing the Bureau of Prisons drug rehabilitation program and transfer to a facility that

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-50525

would afford him access to the same benefits and programs as other federal prisoners.  Jaquez-Munoz now appeals the district court's denial of his motion.

We are required to examine our jurisdiction sua sponte, if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987).  As Jaquez-Munoz has been released from custody and removed from the United States, we can no longer grant him the relief he seeks so his appeal is moot.  *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 381-82 (5th Cir. 2007).  His appeal is therefore DISMISSED for lack of jurisdiction.